**Order entered February 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01272-CR
No. 05-16-01273-CR

**TOMAS VILLASENOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-10493-422-F & 15-10494-422-F**

## ORDER

Appellant's brief was due December 3, 2016. By postcard dated December 6, 2016, we notified appellant and directed him to file his brief and an extension motion within ten days. On December 18, 2016, he filed a motion to extend time which we granted, making his brief due January 19, 2017. To date, no brief has been filed and we have had no communication from appellant.

Therefore, the Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. The trial court shall make appropriate findings and recommendations and determine whether appellant wants to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See*

TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
        JUSTICE